**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 22, 2019

**VIA ELECTRONIC FILING**
Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Silverstein v. Nassau BOCES, et al.*
     Docket No.: 18-cv-4360 (RRM)
     Our File No.: 5001.428

Dear Judge Mauskopf:

  We represent a Defendant, Nassau Board of Cooperative Educational Services ("BOCES"), in the above-referenced matter. On May 21, 2019, we were notified that the above-referenced matter was reassigned to the Eastern District's Courthouse in Brooklyn, to be heard before your Honor.

  Prior to this reassignment, and since its commencement, this matter has been on the civil calendar at the Eastern District Courthouse, located in Central Islip. Per Local Rule 50.1(d)(2)(b)(i), a civil case shall be designated a "Long Island case" if "a substantial part of the events or omissions giving rise to the claim or claims occurred in Nassau or Suffolk County".

  In the case at bar, the underlying allegations and claims of discrimination all occurred in Nassau County, New York. Further, we believe many of the parties, including Plaintiff, as well as many of the witnesses, are located in Nassau County, New York. Thus, per Local Rule 50.1(d)(2)(b)(i), we respectfully request that this matter be reassigned back to Central Islip. All parties consent to this request.

  We thank the Court for its consideration of this matter.

           Respectfully submitted,

           **SILVERMAN & ASSOCIATES**

           Lewis R. Silverman

cc: **VIA ELECTRONIC FILING**
   All Counsel of Record